UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELLY DAVIS (#309807)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 07-811-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 13, 2008 (doc. no. 3). Plaintiff has filed an objection to the Report and Recommendation (doc. no. 7) which merely restates legal argument and does not require *de novo* findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, petitioner's application for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 17th day of April, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE