UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELLY DAVIS (#309807)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 07-811-JJB-SCR

# O R D E R

For the written reasons assigned and filed herein:

IT IS ORDERED the petitioner's application for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 17th day of April, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE